**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**



Eastern District of Kentucky
FILED

MAR 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

INDICTMENT NO. 6:26-CR-57-REW

**FELICIA S. POTTER**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about October 23, 2025, in Jackson County, in the Eastern District of Kentucky,

**FELICIA S. POTTER**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about October 29, 2025, in Jackson County, in the Eastern District of Kentucky,

**FELICIA S. POTTER**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

W. SAMUEL DOTSON
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**PLUS:**       Mandatory special assessment of $100 per count.

**PLUS:**       Restitution, if applicable.